FARM INVESTMENT COMPANY, APPELLEE, v. JOHN BRENNAN ET AL., APPELLANTS.

FILED FEBRUARY 11, 1931. No. 27509.

*Allen G. Fisher* and *Charles A. Fisher,* for appellants.

*G. F. H. Babcock* and *T. B. Dysart, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Dawes county to foreclose a tax sale certificate. The trial court found for plaintiff and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

GOOD, J., not participating.